**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:16-cv-21146-UU

JEREMY SMITH,

     Plaintiff,

v.

U.S. BANK, N.A.,

     Defendant.

_____/

## ORDER ON MOTION TO PERMANENTLY SEAL

THIS CAUSE is before the Court upon the Unopposed Motion of Defendant U.S. Bank National Association to Permanently Seal Confidential Documents, D.E. 223.

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. Defendant moves to permanently seal documents located at Docket Entry 128, which are the results of quality control reviews and audits performed by the Federal Housing Administration, that the Court already ordered be placed under seal. D.E. 223. In support thereof, Defendant states that a permanent seal order is necessary to protect the privacy of Defendant's confidential and proprietary information. *Id.*

While the Court understands Defendant's concerns, it will not permanently seal documents contained at Docket Entry 128. Instead, it will order the Clerk of Court to remove D.E. 128 from the docket and destroy the documents contained therein. Accordingly, it is

ORDERED AND ADJUDGED that Defendant's Motion, D.E. 223, is GRANTED IN PART and DENIED IN PART. The Clerk of Court is ordered to REMOVE Docket Entries 128, 128-1, 128-2, 128-3, 128-4, 128-5, and 128-6 from the docket and to DESTROY the documents contained therein.

DONE AND ORDERED in Chambers at Miami, Florida this 29th_ day of March, 2017.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record